# Exhibit 2

| US11489689 | Dusun DSGW-120 Smart Home Control Panel with Touch Screen ("The accused product") |
|---|---|
| 46. A management device for operation at a user premises to provide local application services for a plurality of endpoint devices, the management device comprising: at least one processor device;<br><br>**Col 6: lines 22-37**<br><br>*Application services can include a service application executed at the application gateway that enables at least one of: home automation of connected devices* | The accused product is a management device (e.g., a smart gateway i.e., the accused product) for operation at a user premises (e.g., home) to provide local application services (e.g., smart home control application) for a plurality of endpoint devices (e.g., smart devices such as thermostat, lights, etc.), the management device (e.g., a smart gateway i.e., the accused product) comprising at least one processor device (e.g., a processor of the accused product).<br><br>As shown below, the accused product is a smart gateway to manage and control connected devices such as lights, sensors, thermostats, etc. It includes a processor that runs software for smart device communication, automation, and control. Further, it acts as a central hub for locally managing connected smart devices within a user's home.<br><br><br>https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/ |

| | |
|---|---|
| *within the user premises;* home security of the user premises via connected devices within the user premises; management of video cameras and associated video data captured within the user premises; management of sensors located at or within the user premises; management of monitors at or within the user premises; home automation of connected devices within the user premises; management, including monitoring, of medical devices | <br><br>https://www.dusuniot.com/landing-pages/zigbee-gateways/ |

| | |
|---|---|
| *within the user premises; management of wired and wireless connections to endpoint devices at or within the user premises; management of digital rights utilized by endpoint devices at or within the user premises; management of context sensitive advertising that is available for rendering on endpoint devices at or within the user premises.* | DSGW-120<br><br>Smart Home Zigbee Touch Panel Gateway<br><br>CPU: PX30<br>RAM: 2GB; eMMC: 8GB<br>OS: Android<br>Protocol: Wi-Fi 2.4G/5G, Bluetooth 5.2, ZigBee 3.0, LTE Cat1<br><br>https://www.dusuniot.com/landing-pages/zigbee-gateways/ |



https://www.dusuniot.com/landing-pages/zigbee-gateways/

## Zigbee Hub Gateways to Manage Smart Devices

Dusun Zigbee gateway is capable of integrating **BLE/Matter/Wi-Fi/LTE 4G/Ethernet** connectors in an incredibly compact design, allowing users to mix or match components as needed. Zigbee gateway can act as a **bridge** between Zigbee protocol smart devices (relays and sensors) and the WiFi-based devices, matching up to **40** end devices in tree topology and **unlimited** number of remote Zigbee-based devices in mesh topology.

https://www.dusuniot.com/landing-pages/zigbee-gateways/

# What Is a dsgw-120 Smart Home Control Panel With Touch Screen?

A dsgw-120 smart home control panel with touch screen is a dedicated, wall-mounted interface designed to manage and automate a wide range of smart home devices. Unlike a smartphone or tablet, it is intended to stay in one place, always powered, always available, and optimized for quick control and at-a-glance information.

Key characteristics typically include:

- **Capacitive touch display** for smooth, responsive control
- **Always-on power** with wired or PoE (Power over Ethernet) options
- **Local processing** to handle automations even if the internet goes down
- **Network connectivity** (Wi-Fi, Ethernet, and sometimes additional radios) for device communication
- **Customizable interface** with scenes, widgets, and dashboards tailored to your home

https://inairspace.com/blogs/learn-with-inair/dsgw-120-smart-home-control-panel-with-touch-screen-the-complete-guide



https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

As shown below, the accused product induces usage of Tuya Smartlife application.



https://www.dusuniot.com/landing-pages/tuya-product-series/

## Advantages of Dusun Network Gateway



**All-in-One**

In addition to serving as a wireless Router, our device can also function as an AP, CPE, Wi-Fi Repeater, and Gateway. That means users get one device but can experience multiple functions from other devices. This enables our product to be tailored to different needs.



**Perfectly Compatible with the Tuya App**

Dusun's IoT gateways are compatible with the Tuya smart. The significant benefit is that users can rapidly and easily use devices without spending an extensive amount of time on onboard. And tuya App makes it easier to manage your devices, such as network settings and intelligent home scenarios settings. This enables customers to experience a more streamlined workflow.

https://www.dusuniot.com/landing-pages/tuya-product-series/

Featuring Zigbee, BLE, Wi-Fi2.4G, LTE Cat M1, Ethernet, and a dedicated RS485 interface, DSGW-120 is also a hub of possibilities, seamlessly connecting and controlling a myriad of devices, all orchestrated through a single, elegant interface. Serving as a hardware platform based on the high-performance low-power quad-core Cortex-A35 PX30 CPU, it can run Linux and Android operating system and empowers users to orchestrate their own automation rules, integrating a variety of home automation systems together to enhance not only operational efficiency but also the overall user experience.



https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/



## 1.3 Hardware Block Diagram

https://www.dusuniot.com/product-specification/dsgw-120v2-smart-touch-screen-gateway/

## Features of DSGW-120 Smart Home Touch Panel



**Unlock the Full Potential of Your Smart Home Automation with Powerful Hardware**

Featuring a powerful PX30 processor, an 8-inch IPS capacitive touchscreen display, 2GB RAM, and 8GB eMMC storage.

**Multi-Protocol Support for Seamless Integration**

Coming with Wi-Fi 2.4G, Zigbee.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

## Hardware Overview of DSGW-120 Smart Home Touch Panel




https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/



https://www.youtube.com/watch?v=Xy3cm8QSCME

**Use Cases of DSGW-120 Smart Home Touch Panel Gateway**

   

Home Access Control　　Smart Home Lighting Control　　Home Security Monitoring　　Home Climate Monitoring

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

smart home control panel is invented for satisfying the need of simplified interior control and enhancing smart home user experience. Every member of the family can easily manage lighting, temperature, security, and energy consumption devices simultaneously with a tap on the touch panel thanks to such all-in-one home automation controller solution.

Smart home control panel integrates a smart home gateway enabling connectivity with other smart home gadgets and cana acts as a universal smart switch to operate various smart home scenarios, which finally simplifies user operation efficiency.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

<table>
<tr><td colspan="2">

▲   How many control methods can smart home control panel have?

**Button + touch screen control:** using the touch screen, you can view the device's status more conveniently and intuitively, carry out numerous in-depth interactions and device control without using a phone (for example, adjusting the brightness of lamps or the temperature of the air conditioner); Users can also simply operate the smart devices at home via the the 5 scene buttons on the right of the touch screen. Whether young or old can use this smart home touch panel with just one click.

**APP remote control:** When users are not at home, they may still operate the smart home gadgets because DSGW-120 allows for remote monitoring and control.

**Voice control:** DSGW-120 includes an integrated microphone and speaker that enable users to manage smart home appliances using voice commands. You may also choose to connect it with popular voice assistants on the market to operate smart home devices whenever you want.

**Customized control:** DSGW-120 intelligent centralized control panel may be developed to adapt to your own smart home system, and you can freely select the smart peripheral in your own smart home ecosystem to realize automated control.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

▲   What functions can a smart home control panel realizes?

lighting control, housekeeper service, indoor environment monitoring, home healthcare services, home access control, home automation scene control, fire alarm, property management, universal remote control, etc. There is no limit, come to develop smart gateways with Dusun IoT now!

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

</td></tr>
<tr>
<td>

application service logic comprising hardware and/or software configured to execute, via the at least one processor device, at least one local application to

</td>
<td>

The accused product discloses utilizing an application service logic (e.g., a firmware of the accused product, etc.) comprising hardware and/or software (e.g., program codes, instructions, etc.) configured to execute, via the at least one processor device (e.g., a processor of the accused product), at least one local application (e.g., a program of the accused product) to manage operation of at least one of the plurality of endpoint devices (e.g., smart devices such as thermostat, lights, etc.).

As shown below, the accused product comprises embedded hardware and software running on its processor to enable smart home operation and device management. It allows users to

</td>
</tr>
</table>

| manage operation of at least one of the plurality of endpoint devices; | create scenes and automation workflows, processes device data, manages communication protocols, and controls connected smart devices within the local home network.<br><br><br><br>https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/ |



**Hardware Overview of DSGW-120 Smart Home Touch Panel**




https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/



DSGW-120



Smart Home Zigbee Touch
Panel Gateway

CPU: PX30
RAM: 2GB; eMMC: 8GB
OS: Android
Protocol: Wi-Fi 2.4G/5G, Bluetooth
5.2, ZigBee 3.0, LTE Cat1

https://www.dusuniot.com/landing-pages/zigbee-gateways/



https://www.dusuniot.com/landing-pages/zigbee-gateways/

## Zigbee Hub Gateways to Manage Smart Devices

Dusun Zigbee gateway is capable of integrating **BLE/Matter/Wi-Fi/LTE 4G/Ethernet** connectors in an incredibly compact design, allowing users to mix or match components as needed. Zigbee gateway can act as a **bridge** between Zigbee protocol smart devices (relays and sensors) and the WiFi-based devices, matching up to **40** end devices in tree topology and **unlimited** number of remote Zigbee-based devices in mesh topology.

https://www.dusuniot.com/landing-pages/zigbee-gateways/



https://www.youtube.com/watch?v=Xy3cm8QSCME

**Use Cases of DSGW-120 Smart Home Touch Panel Gateway**

   

Home Access Control | Smart Home Lighting Control | Home Security Monitoring | Home Climate Monitoring

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

smart home control panel is invented for satisfying the need of simplified interior control and enhancing smart home user experience. Every member of the family can easily manage lighting, temperature, security, and energy consumption devices simultaneously with a tap on the touch panel thanks to such all-in-one home automation controller solution.

Smart home control panel integrates a smart home gateway enabling connectivity with other smart home gadgets and cana acts as a universal smart switch to operate various smart home scenarios, which finally simplifies user operation efficiency.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

▲ How many control methods can smart home control panel have?

**Button + touch screen control:** using the touch screen, you can view the device's status more conveniently and intuitively, carry out numerous in-depth interactions and device control without using a phone (for example, adjusting the brightness of lamps or the temperature of the air conditioner); Users can also simply operate the smart devices at home via the the 5 scene buttons on the right of the touch screen. Whether young or old can use this smart home touch panel with just one click.

**APP remote control:** When users are not at home, they may still operate the smart home gadgets because DSGW-120 allows for remote monitoring and control.

**Voice control:** DSGW-120 includes an integrated microphone and speaker that enable users to manage smart home appliances using voice commands.You may also choose to connect it with popular voice assistants on the market to operate smart home devices whenever you want.

**Customized control:** DSGW-120 intelligent centralized control panel may be developed to adapt to your own smart home system, and you can freely select the smart peripheral in your own smart home ecosystem to realize automated control.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

▲ What functions can a smart home control panel realizes?

lighting control, housekeeper service, indoor environment monitoring, home healthcare services, home access control, home automation scene control, fire alarm, property management, universal remote control, etc. There is no limit, come to develop smart gateways with Dusun IoT now!

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

### 3. Scene and Automation Management

Scenes and automations are where a smart home truly shines. With the panel, you can create and trigger complex routines with a single tap.

Examples include:

- **Good Morning:** Gradually raise blinds, increase thermostat temperature slightly, turn on kitchen lights, and start background music.
- **Movie Night:** Dim living room lights, close curtains, set temperature to a comfortable level, and switch the TV input.
- **Away Mode:** Turn off unnecessary lights, arm the security system, adjust thermostat to an energy-saving setting and lock all doors.

manage operation of at least one of the plurality of endpoint devices

The panel allows you to configure these routines visually and then trigger them via on-screen buttons, schedules, or sensor events.

https://inairspace.com/blogs/learn-with-inair/dsgw-120-smart-home-control-panel-with-touch-screen-the-complete-guide

<table>
<tr>
<td></td>
<td>

## 4. Security and Access Control

Security is a major use case. A dsgw-120 smart home control panel with touch screen can integrate with:

- Door and window sensors
- Motion detectors
- Indoor and outdoor cameras
- Smart locks and doorbells
- Alarm sirens and panic buttons

**plurality of endpoint devices**

From the panel, you can arm or disarm the system, view camera feeds, check door status, and receive alerts about unusual activity. Some configurations support user codes, so different family members can have personalized access and logging.

https://inairspace.com/blogs/learn-with-inair/dsgw-120-smart-home-control-panel-with-touch-screen-the-complete-guide

</td>
</tr>
<tr>
<td>at least two communication interfaces including at least: one or more first communication interfaces, wherein the one or more first communication interfaces enable local, bi-directional</td>
<td>The accused product discloses utilizing at least two communication interfaces including at least: one or more first communication interfaces (e.g., local communication protocol such as Zigbee interfaces, etc.), wherein the one or more first communication interfaces (e.g., Zigbee, etc.) enable local, bi-directional communication (e.g., exchange of device data, status information, etc. between the accused product and the connected smart devices) with the plurality of endpoint devices (e.g., smart devices such as thermostat, lights, etc.); and one or more second communication interfaces (e.g., the accused product's WAN interface, MQTT interface, etc.) that enable bi-directional communication (e.g., exchange of device data, status information, etc. between the accused product and the clouds) with a remote service management center (e.g., a cloud, Tuya application server, etc.) via a wide area network (e.g., Internet).</td>
</tr>
</table>

| | |
|---|---|
| communication with the plurality of endpoint devices; and one or more second communication interfaces that enable bi-directional communication with a remote service management center via a wide area network; and | As shown below, the accused product utilizes multiple communication interfaces that support both local smart device connectivity and remote cloud communication. It supports local bi-directional communication with connected smart home devices such as sensors, lights, thermostats using interfaces and protocols including Zigbee. Through these interfaces, connected devices can send device data, status information, and events to the accused product. Further, it transmits control commands, automation actions, and configuration data back to the devices. The accused product also supports bi-directional communication with remote cloud platforms such as Tuya over the internet for remote management and control of the smart devices.<br><br><br><br>https://www.dusuniot.com/landing-pages/zigbee-gateways/ |



DSGW-120



Smart Home Zigbee Touch
Panel Gateway

CPU: PX30
RAM: 2GB; eMMC: 8GB
OS: Android
Protocol: Wi-Fi 2.4G/5G, Bluetooth
5.2, ZigBee 3.0, LTE Cat1

https://www.dusuniot.com/landing-pages/zigbee-gateways/

**Unlock the Full Potential of Your Smart Home Automation with Powerful Hardware**

Featuring a powerful PX30 processor, an 8-inch IPS capacitive touchscreen display, 2GB RAM, and 8GB eMMC storage.

**Multi-Protocol Support for Seamless Integration**

Coming with Wi-Fi 2.4G, Zigbee.

**Built-in Microphone and Speaker**

you can use voice commands to control your smart devices.



https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

3) Add Gateway on the App.

Power on the gateway, connect it to the internet by inserting the Ethernet cable to the WAN port (Figure 5-A). Connect the mobile phone to the same network, the gateway green light, and the red light will be on (Figure 5-B). Open the Tuya APP, click" Add Devices" on the home page (figure 6-A); choose "others", click' Gateway(ZigBee)' (Figure6-B); then jump to the add device page as figure6-C, Click: 'confirm CONFIG IND on (green) ', start connect gateway (figure6-D); wait 2-3 minutes to find the gateway, then click the connecting button (figure 6-F). If the gateway red light is off and the green light is on, the gateway is added successfully (Figure 7).

https://www.dusuniot.com/user-manual/guide-on-connecting-hub-and-devices/

smart home control panel is invented for satisfying the need of simplified interior control and enhancing smart home user experience. Every member of the family can easily manage lighting, temperature, security, and energy consumption devices simultaneously with a tap on the touch panel thanks to such all-in-one home automation controller solution.

Smart home control panel integrates a smart home gateway enabling connectivity with other smart home gadgets and cana acts as a universal smart switch to operate various smart home scenarios, which finally simplifies user operation efficiency.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

▲  How many control methods can smart home control panel have?

Button + touch screen control: using the touch screen, you can view the device's status more conveniently and intuitively, carry out numerous in-depth interactions and device control without using a phone (for example, adjusting the brightness of lamps or the temperature of the air conditioner); Users can also simply operate the smart devices at home via the the 5 scene buttons on the right of the touch screen. Whether young or old can use this smart home touch panel with just one click.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/



https://www.youtube.com/watch?v=Xy3cm8QSCME



https://www.youtube.com/watch?v=Xy3cm8QSCME

▲  What functions can a smart home control panel realizes?

lighting control, housekeeper service, indoor environment monitoring, home healthcare services, home access control, home automation scene control, fire alarm, property management, universal remote control, etc. There is no limit, come to develop smart gateways with Dusun IoT now!

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

**APP remote control:** When users are not at home, they may still operate the smart home gadgets because DSGW-120 allows for remote monitoring and control.

https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/

## Protocols a gateway communicates with sensors

A complete IoT application might involve many different kinds of sensors and devices. For example, you might want sensors for temperature, moisture, and sunlight and devices such as intelligent lock, people counter, etc.

All of the different sensors and devices can use varying network connectivity types. Connectivity types include LPWAN, Wi-Fi, Bluetooth, and Zigbee, NB-IoT, among many others. And each of them may connect to different control environments and have different models for management and security.

https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/

▲    What is the connection mode of the Dusun Zigbee gateway?

Dusun offers two different docking modes for Zigbee gateways:

- a.providing customers with an MQTT API for bidirectional communication of messages through the platform;
- b.and b. offering a local gateway configuration page to meet the requirements of the most recent pairing test.

https://www.dusuniot.com/landing-pages/zigbee-gateways/



https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/

## How does a gateway 'talk' with Clouds?

As stated above, Gateways communicate with sensors/devices over varying connectivity types and then pre-process and filter the data being generated by sensors/devices to decrease transmission. Finally, the processed data are translated into a standard protocol such as MQTT to be sent to the cloud through internet connections.

There are some ways including WIFI, NBIot, 2G/3G/4G cellular, and wired connection that gateways delivered by Dusun connect to the internet. Dusun supports popular MQTT and custom-made protocols such as web-socket. The right part of figure 2 shows the protocols used by Dusun's gateways to 'talk' with clouds.

https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/



https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/

As shown, the accused product induces the usage of Tuya Smart Life application.




**Gateway+Wi-Fi Repeater**
(300Mbps)

DSGW-075-tuya

Application: Tuya Smartlife
Uplink: Wi-Fi 2.4G/5G, Ethernet
Downlink: Wi-Fi 2.4G, Zigbee 3.0

See More

**Gateway+Wi-Fi Repeater**
(1000Mbps)

DSGW-023-tuya

Application: Tuya Smartlife
Uplink: Wi-Fi 2.4G/5G, LTE cat4, Ethernet
Downlink: Wi-Fi 2.4G/5G, Zigbee 3.0

See More

**tuya LCD Gateway**
RK3288 Quad-core Cortex-A17

DSGW-120

Application: Tuya Smartlife
Uplink: Wi-Fi 2.4G/5G, Ethernet
Downlink: Wi-Fi 2.4G/5G, Zigbee 3.0, Bluetooth 5.2, LTE cat 4

See More

https://www.dusuniot.com/landing-pages/tuya-product-series/

# Advantages of Dusun Network Gateway



**All-in-One**

In addition to serving as a wireless Router, our device can also function as an AP, CPE, Wi-Fi Repeater, and Gateway. That means users get one device but can experience multiple functions from other devices. This enables our product to be tailored to different needs.



**Perfectly Compatible with the Tuya App**

Dusun's IoT gateways are compatible with the Tuya smart. The significant benefit is that users can rapidly and easily use devices without spending an extensive amount of time on onboard. And tuya App makes it easier to manage your devices, such as network settings and intelligent home scenarios settings. This enables customers to experience a more streamlined workflow.

https://www.dusuniot.com/landing-pages/tuya-product-series/



https://play.google.com/store/apps/details?id=com.tuya.smart&hl=en_US





https://play.google.com/store/apps/details?id=com.tuya.smart&hl=en_US



https://play.google.com/store/apps/details?id=com.tuya.smart&hl=en_US

| storage coupled to the at least one processor device, the storage storing instructions that, when executed, configure the at | The accused product discloses utilizing a storage (e.g., a storage of the accused product) coupled to the at least one processor device (e.g., a processor of the accused product), the storage (e.g., a storage of the accused product) storing instructions (e.g., program codes, etc.) that, when executed, configure the at least one processor device (e.g., a processor of the accused product) to establish a communication channel (e.g., a Zigbee channel), via the one or more first communication interfaces (e.g., local communication interface such as Zigbee, etc.), with a home automation networking device (e.g., relay, repeaters, sensors, routers, |

| least one processor device to: | etc.). |
|---|---|
| establish a communication channel, via the one or more first communication interfaces, with a home automation networking device; | As shown below, the accused product comprises an internal storage connected to its processor for storing firmware, software instructions, settings, etc. The processor executes these stored instructions to establish communication with connected smart devices via a Zigbee interface. The accused product uses Zigbee connectivity to connect with smart devices through relays, repeaters, sensors, routers, etc., for controlling multiple smart devices.<br><br>**Unlock the Full Potential of Your Smart Home Automation with Powerful Hardware**<br><br>Featuring a powerful PX30 processor, an 8-inch IPS capacitive touchscreen display, 2GB RAM, and 8GB eMMC storage.<br><br>**Multi-Protocol Support for Seamless Integration**<br><br>Coming with Wi-Fi 2.4G, Zigbee.<br><br>**Built-in Microphone and Speaker**<br><br>you can use voice commands to control your smart devices.<br><br>https://www.dusuniot.com/product/dsgw-120-smart-home-control-panel/ |



## 1.3 Hardware Block Diagram

https://www.dusuniot.com/product-specification/dsgw-120v2-smart-touch-screen-gateway/



https://www.dusuniot.com/landing-pages/zigbee-gateways/



https://www.dusuniot.com/landing-pages/zigbee-gateways/

## Zigbee Hub Gateways to Manage Smart Devices

Dusun Zigbee gateway is capable of integrating **BLE/Matter/Wi-Fi/LTE 4G/Ethernet** connectors in an incredibly compact design, allowing users to mix or match components as needed. Zigbee gateway can act as a **bridge** between Zigbee protocol smart devices (relays and sensors) and the WiFi-based devices, matching up to **40** end devices in tree topology and **unlimited** number of remote Zigbee-based devices in mesh topology.

https://www.dusuniot.com/landing-pages/zigbee-gateways/

▲    What is the connection mode of the Dusun Zigbee gateway?

Dusun offers two different docking modes for Zigbee gateways:

- a.providing customers with an MQTT API for bidirectional communication of messages through the platform;
- b.and b. offering a local gateway configuration page to meet the requirements of the most recent pairing test.

https://www.dusuniot.com/landing-pages/zigbee-gateways/

| | Dusun IoT gateways serve as versatile hub, offering both universal Zigbee gateway and edge computing Zigbee gateway options, to connect and manage a wide array of ZigBee-enabled devices and transmit collected data to your platforms via MQTT (HTTP also avaliable).<br><br>https://www.dusuniot.com/landing-pages/zigbee-gateways/ |

## Zigbee gateway/ Zigbee coordinator

A ZigBee gateway is a device that allows data to be sent between a ZigBee network and devices on another network. The Zigbee Gateway serves as a link between the Zigbee network and other networks or devices, allowing for communication and data exchange. Further functionality, such as the ability to remotely manage devices in the Zigbee network, monitor network activities, or execute bespoke applications, may be provided by the Zigbee Gateway.

https://www.dusuniot.com/blog/zigbee-devices-find-out-which-ones-to-get-the-comprehensive-list/

As shown, below are the exemplary steps for establishing a communication between a Zigbee gateway and a router (e.g., home automation networking device) via Zigbee channel.

**Types of Zigbee Devices**

1. Coordinators: There is only one coordinator in a network. It is responsible for channel selection, assigns a unique address to each device and assigns an ID to network.

It initiates the transfer of message in a network.

2. Routers: The Intermediate nodes between coordinator and end devices.

home automation networking device

It routes traffic between different nodes, receives and store messages which will be transferred to end devices. Gives permission to other devices to join the network.

https://medium.com/@vatsal0901/beginners-understanding-of-zigbee-c73535242524

Typically, smart home devices do not initiate a joining on their own — usually the user initiates the joining process (for example, by holding down a button on the device). The joining process goes like this.

- The device broadcasts a Beacon request

- Routers nearby respond with their beacons (Beacon response)

- The device selects a router with the best signal quality (or other criteria), and sends it an association request

- The router accepts the request with Association Response message, and assigns the device a network address

https://medium.com/@omaslyuchenko/hello-zigbee-world-part-10-proper-joining-and-rejoining-zigbee-network-6d61f8d2d12d



https://www.geeksforgeeks.org/computer-networks/introduction-of-zigbee/

For instance, a Dusun Zigbee switch can couple with a Dusun Zigbee gateway and link the indoor telecom via a telephone line. When the downstairs doorbell is rung, the mobile app will receive a notification and the user can utilize the app for remote control.

https://www.dusuniot.com/blog/zigbee-devices-find-out-which-ones-to-get-the-comprehensive-list/



https://www.dusuniot.com/blog/what-is-an-iot-gateway/

## What is an IoT Gateway?

An IoT gateway is essentially a smart central hub for IoT devices. IoT gateway devices link Internet of Things (IoT) devices to the cloud and one another, translating IoT device communication and filtering data into useful information.

The backend platforms (data, device, and subscriber management) and end devices (sensors, actuators, or more complex devices) connect to the IoT gateway through communication technologies. It has a computing platform that enables pre-installed or user-defined applications to manage data, devices, security, communication, and other gateway-related functions (for routing and computing at the edge).

https://www.dusuniot.com/blog/what-is-an-iot-gateway/

3) Add Gateway on the App.

Power on the gateway, connect it to the internet by inserting the Ethernet cable to the WAN port (Figure 5-A). Connect the mobile phone to the same network, the gateway green light, and the red light will be on (Figure 5-B). Open the Tuya APP, click" Add Devices" on the home page (figure 6-A); choose "others", click' Gateway(ZigBee)' (Figure6-B); then jump to the add device page as figure6-C, Click: 'confirm CONFIG IND on (green) ', start connect gateway (figure6-D); wait 2-3 minutes to find the gateway, then click the connecting button (figure 6-F). If the gateway red light is off and the green light is on, the gateway is added successfully (Figure 7).

https://www.dusuniot.com/user-manual/guide-on-connecting-hub-and-devices/

- **Data collection by sensors:** Smart sensors will generate a large amount of data throughout the monitoring process. This data may include information such as temperature, humidity, pressure, light intensity, etc.
- **Data encoding and compression:** before the transmission, the data is encoded using suitable protocols and formats like encoding data into binary formats, and utilizing protocols like MQTT to encapsulate. The uploaded data will be compressed accordingly to reduce overall data transfer size and improve efficiency during the transfer process.

https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/

| | |
|---|---|
| | • **Data sent to an intermediate/gateway device wirelessly:** Depending on the wireless technology, the data is sent to a an intermediate device (called a "repeater") or a hub, which further improve the signal's range and capabilities. For non-IP protocols like Zigbee, sensors transmit the data to a Zigbee gateway. The Zigbee gateway acts as a centralized hub that receives the data from multiple sensors within its range and forwards it to the cloud or other systems using wired or wireless connectivity. This step also allows more devices and systems to be connected to the same network, so as to enable scalable deployments in IoT applications. <br><br> https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/ |
| communicate with the home automation networking device regarding the availability of resources at the management device; | The accused product discloses communicating with the home automation networking device (e.g., relays, repeaters, sensors, routers, etc.) regarding the availability of resources (e.g., availability of communication channels, etc.) at the management device (e.g., the accused product). <br><br> As shown below, the accused product establishes communication with connected smart devices via the Zigbee interface. The accused product uses Zigbee connectivity to connect with smart devices through relays, repeaters, sensors, routers, etc., for controlling multiple smart devices. Further, the accused product communicates with relays, repeaters, sensors, routers, etc., using beacon messages to identify available communication channels and establish communication. |



https://www.dusuniot.com/landing-pages/zigbee-gateways/



DSGW-120

Smart Home Zigbee Touch Panel Gateway

CPU: PX30
RAM: 2GB; eMMC: 8GB
OS: Android
Protocol: Wi-Fi 2.4G/5G, Bluetooth 5.2, ZigBee 3.0, LTE Cat1

https://www.dusuniot.com/landing-pages/zigbee-gateways/

3) Add Gateway on the App.

Power on the gateway, connect it to the internet by inserting the Ethernet cable to the WAN port (Figure 5-A). Connect the mobile phone to the same network, the gateway green light, and the red light will be on (Figure 5-B). Open the Tuya APP, click" Add Devices" on the home page (figure 6-A); choose "others", click' Gateway(ZigBee)' (Figure6-B); then jump to the add device page as figure6-C, Click: 'confirm CONFIG IND on (green) ', start connect gateway (figure6-D); wait 2-3 minutes to find the gateway, then click the connecting button (figure 6-F). If the gateway red light is off and the green light is on, the gateway is added successfully (Figure 7).

https://www.dusuniot.com/user-manual/guide-on-connecting-hub-and-devices/

▲    What is the connection mode of the Dusun Zigbee gateway?

Dusun offers two different docking modes for Zigbee gateways:

- a.providing customers with an MQTT API for bidirectional communication of messages through the platform;
- b.and b. offering a local gateway configuration page to meet the requirements of the most recent pairing test.

https://www.dusuniot.com/landing-pages/zigbee-gateways/

- **Data collection by sensors:** Smart sensors will generate a large amount of data throughout the monitoring process. This data may include information such as temperature, humidity, pressure, light intensity, etc.
- **Data encoding and compression:** before the transmission, the data is encoded using suitable protocols and formats like encoding data into binary formats, and utilizing protocols like MQTT to encapsulate. The uploaded data will be compressed accordingly to reduce overall data transfer size and improve efficiency during the transfer process.

https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/

- **Data sent to an intermediate/gateway device wirelessly:** Depending on the wireless technology, the data is sent to a an intermediate device (called a "repeater") or a hub, which further improve the signal's range and capabilities. For non-IP protocols like Zigbee, sensors transmit the data to a Zigbee gateway. The Zigbee gateway acts as a centralized hub that receives the data from multiple sensors within its range and forwards it to the cloud or other systems using wired or wireless connectivity. This step also allows more devices and systems to be connected to the same network, so as to enable scalable deployments in IoT applications.

https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/

## Zigbee gateway/ Zigbee coordinator

A ZigBee gateway is a device that allows data to be sent between a ZigBee network and devices on another network. The Zigbee Gateway serves as a link between the Zigbee network and other networks or devices, allowing for communication and data exchange. Further functionality, such as the ability to remotely manage devices in the Zigbee network, monitor network activities, or execute bespoke applications, may be provided by the Zigbee Gateway.

https://www.dusuniot.com/blog/zigbee-devices-find-out-which-ones-to-get-the-comprehensive-list/

As shown, below are the exemplary steps for establishing a communication between a Zigbee gateway and a router (e.g., home automation networking device) via Zigbee channel.

**Types of Zigbee Devices**

1. Coordinators: There is only one coordinator in a network. It is responsible for channel selection, assigns a unique address to each device and assigns an ID to network.

It initiates the transfer of message in a network.

2. Routers: The Intermediate nodes between coordinator and end devices.

home automation networking device

It routes traffic between different nodes, receives and store messages which will be transferred to end devices. Gives permission to other devices to join the network.

https://medium.com/@vatsal0901/beginners-understanding-of-zigbee-c73535242524

Typically, smart home devices do not initiate a joining on their own — usually the user initiates the joining process (for example, by holding down a button on the device). The joining process goes like this.

- The device broadcasts a Beacon request

- Routers nearby respond with their beacons (Beacon response)

- The device selects a router with the best signal quality (or other criteria), and sends it an association request

- The router accepts the request with Association Response message, and assigns the device a network address

https://medium.com/@omaslyuchenko/hello-zigbee-world-part-10-proper-joining-and-rejoining-zigbee-network-6d61f8d2d12d



https://www.geeksforgeeks.org/computer-networks/introduction-of-zigbee/

For instance, a Dusun Zigbee switch can couple with a Dusun Zigbee gateway and link the indoor telecom via a telephone line. When the downstairs doorbell is rung, the mobile app will receive a notification and the user can utilize the app for remote control.

https://www.dusuniot.com/blog/zigbee-devices-find-out-which-ones-to-get-the-comprehensive-list/

Yes, the DSGW120 is fully compatible with both Zigbee 3.0 and Z-Wave devices out of the box, without requiring additional firmware modifications or third-party bridges. I tested this gateway with a mix of 12 devices: six Zigbee 3.0 products (including Philips Hue bulbs, Aqara motion sensors, and Xiaomi door/window sensors) and five Z-Wave devices (a Yale lock, GE Enbrighten switches, and two Fibaro motion detectors. All paired successfully within 90 seconds using the Dusun app's automatic device discovery mode. Unlike other gateways that require manual channel selection or complex network resets, the DSGW120 automatically detects the frequency band and protocol type of each device during pairing. For

https://www.aliexpress.com/s/wiki-ssr/article/dsgw120

hardware, not a flaw in the gateway. Crucially, the DSGW120 does not force devices into a single network; it maintains separate, isolated meshes for Zigbee and Z-Wave while allowing cross-protocol automation via Tuya Cloud rules. This means your Zigbee sensor can trigger a Z-Wave light without needing an external hub like Home Assistant.

https://www.aliexpress.com/s/wiki-ssr/article/dsgw120

## IEEE 802.15.4

- Designed for low power, low data rate, low cost networks
- PANs (Personal Area Networks)
- Low to moderate range, but amplification possible
- Raw bit rate with 2.4GHz DSSS PHY is 250kbps
- Channel access via CSMA-CA
  - Collision avoidance using CCA, random backoffs
- Link layer acknowledgement (MAC ACK) on unicast transmissions
- Frequency Usage
  - 16 channels in the 2.4GHz ISM band
  - 10 channels in the 915MHz ISM band
  - 1 channel in the European 868MHz band

https://www.youtube.com/watch?v=gDN5G50dVJ4



b) IEEE 802.11b European channel selection (nonoverlapping)

c) IEEE 802.15.4 channel selection (2400 MHz PHY)

Source: IEEE 802.15.4
2004 Specification, Figure E.1

https://www.youtube.com/watch?v=gDN5G50dVJ4

| receive, via the communication channel and from the home automation networking device, home automation information for a first endpoint device of the plurality of endpoint devices; | The accused product discloses receiving, via the communication channel (e.g., Zigbee channel) and from the home automation networking device (e.g., a relay, repeater, sensor, router, etc. of the accused product), home automation information (e.g., device status, etc.) for a first endpoint device (e.g., a smart device such as sensor, smart light, etc.) of the plurality of endpoint devices (e.g., smart devices such as light, thermostat, TV, etc.).

As shown below, the accused product receives smart home information from devices connected within the home network, such as sensors, lights, thermostats, etc. It communicates with the smart devices through Zigbee interface using relays, repeaters, sensors, routers, etc. The received information includes device status, sensor readings, motion events, etc., which the accused product uses for smart home monitoring and automation operations. |

For example, a smart light connected to the home network sends a current brightness level to the accused product. The accused product receives this status information and locally processes it to trigger a movie night scene action such as dimming the connected lights as per the user specified settings.



https://www.dusuniot.com/landing-pages/zigbee-gateways/

DSGW-120



Smart Home Zigbee Touch
Panel Gateway

CPU: PX30
RAM: 2GB; eMMC: 8GB
OS: Android
Protocol: Wi-Fi 2.4G/5G, Bluetooth
5.2, ZigBee 3.0, LTE Cat1

https://www.dusuniot.com/landing-pages/zigbee-gateways/

▲    What is the connection mode of the Dusun Zigbee gateway?

Dusun offers two different docking modes for Zigbee gateways:

- a.providing customers with an MQTT API for bidirectional communication of messages through the platform;
- b.and b. offering a local gateway configuration page to meet the requirements of the most recent pairing test.

https://www.dusuniot.com/landing-pages/zigbee-gateways/



https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/



https://www.dusuniot.com/blog/what-is-an-iot-gateway/

3) Add Gateway on the App.

Power on the gateway, connect it to the internet by inserting the Ethernet cable to the WAN port (Figure 5-A). Connect the mobile phone to the same network, the gateway green light, and the red light will be on (Figure 5-B). Open the Tuya APP, click" Add Devices" on the home page (figure 6-A); choose "others", click' Gateway(ZigBee)' (Figure6-B); then jump to the add device page as figure6-C, Click: 'confirm CONFIG IND on (green) ', start connect gateway (figure6-D); wait 2-3 minutes to find the gateway, then click the connecting button (figure 6-F). If the gateway red light is off and the green light is on, the gateway is added successfully (Figure 7).

https://www.dusuniot.com/user-manual/guide-on-connecting-hub-and-devices/

Dusun IoT gateways serve as versatile hub, offering both universal Zigbee gateway and edge computing Zigbee gateway options, to connect and manage a wide array of ZigBee-enabled devices and transmit collected data to your platforms via MQTT (HTTP also avaliable).

https://www.dusuniot.com/landing-pages/zigbee-gateways/

# Figure 1. an IoT ecosystem

As shown in Figure 1, IoT gateways sit at the intersection of IoT systems -connected devices, controllers, and sensors – and the cloud.

Today's "smart" IoT gateways delivered by companies such as Dusun are full-fledged computing platforms running Linux operating systems. They open up huge opportunities for IoT solution providers to push processing closer to the smart devices, improving responsiveness and supporting new operating models.

https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/

- **Data collection by sensors:** Smart sensors will generate a large amount of data throughout the monitoring process. This data may include information such as temperature, humidity, pressure, light intensity, etc.
- **Data encoding and compression:** before the transmission, the data is encoded using suitable protocols and formats like encoding data into binary formats, and utilizing protocols like MQTT to encapsulate. The uploaded data will be compressed accordingly to reduce overall data transfer size and improve efficiency during the transfer process.

https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/

- **Data sent to an intermediate/gateway device wirelessly:** Depending on the wireless technology, the data is sent to a an intermediate device (called a "repeater") or a hub, which further improve the signal's range and capabilities. For non-IP protocols like Zigbee, sensors transmit the data to a Zigbee gateway. The Zigbee gateway acts as a centralized hub that receives the data from multiple sensors within its range and forwards it to the cloud or other systems using wired or wireless connectivity. This step also allows more devices and systems to be connected to the same network, so as to enable scalable deployments in IoT applications.

https://www.dusuniot.com/blog/how-to-send-sensor-data-to-cloud/

# Zigbee gateway/ Zigbee coordinator

A ZigBee gateway is a device that allows data to be sent between a ZigBee network and devices on another network. The Zigbee Gateway serves as a link between the Zigbee network and other networks or devices, allowing for communication and data exchange. Further functionality, such as the ability to remotely manage devices in the Zigbee network, monitor network activities, or execute bespoke applications, may be provided by the Zigbee Gateway.

https://www.dusuniot.com/blog/zigbee-devices-find-out-which-ones-to-get-the-comprehensive-list/

As shown, below are the exemplary steps for establishing a communication between a Zigbee gateway and a router (e.g., home automation networking device) via Zigbee channel.

**Types of Zigbee Devices**

1. Coordinators: There is only one coordinator in a network. It is responsible for channel selection, assigns a unique address to each device and assigns an ID to network.

It initiates the transfer of message in a network.

2. Routers: The Intermediate nodes between coordinator and end devices.

home automation networking device

It routes traffic between different nodes, receives and store messages which will be transferred to end devices. Gives permission to other devices to join the network.

https://medium.com/@vatsal0901/beginners-understanding-of-zigbee-c73535242524

Typically, smart home devices do not initiate a joining on their own — usually the user initiates the joining process (for example, by holding down a button on the device). The joining process goes like this.

- The device broadcasts a Beacon request

- Routers nearby respond with their beacons (Beacon response)

- The device selects a router with the best signal quality (or other criteria), and sends it an association request

- The router accepts the request with Association Response message, and assigns the device a network address

https://medium.com/@omaslyuchenko/hello-zigbee-world-part-10-proper-joining-and-rejoining-zigbee-network-6d61f8d2d12d



https://www.geeksforgeeks.org/computer-networks/introduction-of-zigbee/

For instance, a Dusun Zigbee switch can couple with a Dusun Zigbee gateway and link the indoor telecom via a telephone line. When the downstairs doorbell is rung, the mobile app will receive a notification and the user can utilize the app for remote control.

https://www.dusuniot.com/blog/zigbee-devices-find-out-which-ones-to-get-the-comprehensive-list/

| locally process the | The accused product discloses locally processing (e.g., edge processing) the home |

| home automation information for the first endpoint device to obtain one or more results; and | automation information (e.g., device status, etc.) for the first endpoint device (e.g., a smart device such as sensor, light, etc,) to obtain one or more results (e.g., scene actions, etc.).<br><br>As shown below, the accused product locally processes sensor data received from connected devices. It analyses sensor events, device status information, and generates corresponding control actions and automation responses. For example, a smart light connected to the home network sends a current brightness level to the accused product. The accused product receives this status information and locally processes it to trigger a movie night scene action such as dimming the connected lights as per the user specified settings.<br><br><br><br>https://www.dusuniot.com/landing-pages/zigbee-gateways/ |

DSGW-120



Smart Home Zigbee Touch
Panel Gateway

CPU: PX30
RAM: 2GB; eMMC: 8GB
OS: Android
Protocol: Wi-Fi 2.4G/5G, Bluetooth
5.2, ZigBee 3.0, LTE Cat1

https://www.dusuniot.com/landing-pages/zigbee-gateways/

▲    What is the connection mode of the Dusun Zigbee gateway?

Dusun offers two different docking modes for Zigbee gateways:

- a.providing customers with an MQTT API for bidirectional communication of messages through the platform;
- b.and b. offering a local gateway configuration page to meet the requirements of the most recent pairing test.

https://www.dusuniot.com/landing-pages/zigbee-gateways/

# What Is a dsgw-120 Smart Home Control Panel With Touch Screen?

A dsgw-120 smart home control panel with touch screen is a dedicated, wall-mounted interface designed to manage and automate a wide range of smart home devices. Unlike a smartphone or tablet, it is intended to stay in one place, always powered, always available, and optimized for quick control and at-a-glance information.

Key characteristics typically include:

- **Capacitive touch display** for smooth, responsive control
- **Always-on power** with wired or PoE (Power over Ethernet) options
- **Local processing** to handle automations even if the internet goes down
- **Network connectivity** (Wi-Fi, Ethernet, and sometimes additional radios) for device communication
- **Customizable interface** with scenes, widgets, and dashboards tailored to your home

https://inairspace.com/blogs/learn-with-inair/dsgw-120-smart-home-control-panel-with-touch-screen-the-complete-guide

| | |
|---|---|
| | Besides, many computing functions can be made to order. The IoT edge gateways delivered by Dusun with full onboard processing would allow the gateways to filter out routine information and pass through the alerts that are worthy of attention. Going even further, these gateways can perform their own analytics and operations on the data — such as determining that the temperature is too high in part of the building — and can then use that insight to take independent action, such as turning on the air conditioning or opening vents.<br><br>https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/<br><br>Gateways also allow sensors/devices to communicate over shorter distances, boosting battery life. It also reduces latency in time-critical applications by performing processing on the gateway itself rather than in the cloud.<br>https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/ |
| transmit, via the communication channel, the one or more results to the first endpoint device. | The accused product discloses transmitting, via the communication channel (e.g., Zigbee channels, etc.), the one or more results (e.g., scene action, etc.) to the first endpoint device (e.g., a smart device such as sensor, light, etc.).<br><br>As shown below, the accused product locally processes sensor data received from connected devices. It analyses sensor events, device status information, and generates corresponding control actions and transmits it to the connected device via the available Zigbee channel. |

For example, a smart light connected to the home network sends a current brightness level to the accused product. The accused product receives this status information and locally processes it to trigger a movie night scene action such as dimming the connected lights as per the user specified settings.



https://www.dusuniot.com/landing-pages/zigbee-gateways/



DSGW-120

Smart Home Zigbee Touch Panel Gateway

CPU: PX30
RAM: 2GB; eMMC: 8GB
OS: Android
Protocol: Wi-Fi 2.4G/5G, Bluetooth
5.2, ZigBee 3.0, LTE Cat1

https://www.dusuniot.com/landing-pages/zigbee-gateways/

▲   What is the connection mode of the Dusun Zigbee gateway?

Dusun offers two different docking modes for Zigbee gateways:

- a.providing customers with an MQTT API for bidirectional communication of messages through the platform;
- b.and b. offering a local gateway configuration page to meet the requirements of the most recent pairing test.

https://www.dusuniot.com/landing-pages/zigbee-gateways/



https://www.dusuniot.com/blog/what-is-an-iot-gateway/

## What is an IoT Gateway?

An IoT gateway is essentially a smart central hub for IoT devices. IoT gateway devices link Internet of Things (IoT) devices to the cloud and one another, translating IoT device communication and filtering data into useful information.

The backend platforms (data, device, and subscriber management) and end devices (sensors, actuators, or more complex devices) connect to the IoT gateway through communication technologies. It has a computing platform that enables pre-installed or user-defined applications to manage data, devices, security, communication, and other gateway-related functions (for routing and computing at the edge).

https://www.dusuniot.com/blog/what-is-an-iot-gateway/

3) Add Gateway on the App.

Power on the gateway, connect it to the internet by inserting the Ethernet cable to the WAN port (Figure 5-A). Connect the mobile phone to the same network, the gateway green light, and the red light will be on (Figure 5-B). Open the Tuya APP, click" Add Devices" on the home page (figure 6-A); choose "others", click' Gateway(ZigBee)' (Figure6-B); then jump to the add device page as figure6-C, Click: 'confirm CONFIG IND on (green) ', start connect gateway (figure6-D); wait 2-3 minutes to find the gateway, then click the connecting button (figure 6-F). If the gateway red light is off and the green light is on, the gateway is added successfully (Figure 7).

https://www.dusuniot.com/user-manual/guide-on-connecting-hub-and-devices/

# What Is a dsgw-120 Smart Home Control Panel With Touch Screen?

A dsgw-120 smart home control panel with touch screen is a dedicated, wall-mounted interface designed to manage and automate a wide range of smart home devices. Unlike a smartphone or tablet, it is intended to stay in one place, always powered, always available, and optimized for quick control and at-a-glance information.

Key characteristics typically include:

- **Capacitive touch display** for smooth, responsive control
- **Always-on power** with wired or PoE (Power over Ethernet) options
- **Local processing** to handle automations even if the internet goes down
- **Network connectivity** (Wi-Fi, Ethernet, and sometimes additional radios) for device communication
- **Customizable interface** with scenes, widgets, and dashboards tailored to your home

https://inairspace.com/blogs/learn-with-inair/dsgw-120-smart-home-control-panel-with-touch-screen-the-complete-guide

Besides, many computing functions can be made to order. The IoT edge gateways delivered by Dusun with full onboard processing would allow the gateways to filter out routine information and pass through the alerts that are worthy of attention. Going even further, these gateways can perform their own analytics and operations on the data — such as determining that the temperature is too high in part of the building — and can then use that insight to take independent action, such as turning on the air conditioning or opening vents.

https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/

Gateways also allow sensors/devices to communicate over shorter distances, boosting battery life. It also reduces latency in time-critical applications by performing processing on the gateway itself rather than in the cloud.

https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/

## Protocols a gateway communicates with sensors

A complete IoT application might involve many different kinds of sensors and devices. For example, you might want sensors for temperature, moisture, and sunlight and devices such as intelligent lock, people counter, etc.

All of the different sensors and devices can use varying network connectivity types. Connectivity types include LPWAN, Wi-Fi, Bluetooth, and Zigbee, NB-IoT, among many others. And each of them may connect to different control environments and have different models for management and security.

https://www.dusuniot.com/blog/how-dusuns-smart-iot-hub-connecting-the-things-to-the-cloud/

### 3. Scene and Automation Management

Scenes and automations are where a smart home truly shines. With the panel, you can create and trigger complex routines with a single tap.

Examples include:

- **Good Morning:** Gradually raise blinds, increase thermostat temperature slightly, turn on kitchen lights, and start background music.
- **Movie Night:** Dim living room lights, close curtains, set temperature to a comfortable level, and switch the TV input.
- **Away Mode:** Turn off unnecessary lights, arm the security system, adjust thermostat to an energy-saving setting, and lock all doors.

The panel allows you to configure these routines visually and then trigger them via on-screen buttons, schedules, or sensor events.

https://inairspace.com/blogs/learn-with-inair/dsgw-120-smart-home-control-panel-with-touch-screen-the-complete-guide